# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BURDA, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-CV-3513 |
| : | |
| MONTGOMERY COUNTY COURT : | |
| OF COMMON PLEAS, *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 16th day of December, 2022, upon consideration of Plaintiff Steven Burda's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Motion for Reconsideration (ECF No. 7), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Motion for Reconsideration (ECF No. 7) is **GRANTED** and the Court's September 26, 2022 Order is **VACATED**. Burda is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                    **BY THE COURT:**

                                    */s/ John Milton Younge*
                                    **JOHN MILTON YOUNGE, J.**